UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMES LOUNSBURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:15-cv-00618-RL-CAN |
| | ) | |
| FOREST RIVER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by their respective counsel, hereby stipulate and agree that this cause of action should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein, as each party will bear its own fees and costs.

Respectfully Submitted,                                         Respectfully Submitted,


/s/ Lori W. Jansen                                              /s/ Jeanine M. Gozdecki
Christopher C. Myers & Associates                               Jeanine M. Gozdecki
809 S. Calhoun Street, Suite 400                                Barnes & Thornburg LLP
Fort Wayne, IN 46802                                            700 1st Source Bank Center
Counsel for Plaintiff                                           100 N. Michigan St.
                                                                South Bend, IN 46601-1632
                                                                Counsel for Defendant

1